

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00012-CR

| | | |
|---|---|---|
| RAYMOND EDWARD LUMSDEN, Appellant | § | On Appeal from the 211th District Court |
| | § | of Denton County (F15-1103-211) |
| | § | September 23, 2021 |
| V. | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel